UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANH THENBOUAPHA,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>    Defendant. | Case No. 13-cv-04343-CW<br><br>ORDER GRANTING IN PART STIPULATION TO CONTINUE DEADLINES<br><br>Re: Dkt. No. 39 |

IT IS HEREBY ORDERED that the stipulation to continue deadlines (Docket No. 39) filed on January 26, 2015, is GRANTED IN PART. The following dates are changed as requested:

    1. The deadline to complete fact discovery is continued to February 13, 2015, with respect to the following depositions ONLY:

        a.    The continued deposition of Plaintiff; and

        b.    The previously noticed deposition of Defendant pursuant to Rule 30(b)(6).

    2.    The deadline to make expert witness disclosures is continued to February 27, 2015.

    3.    The deadline to complete expert witness discovery is continued to April 27, 2015.

Dated: January 30, 2015

CLAUDIA WILKEN<br>United States District Judge