IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANH THENBOUAPHA,

     Plaintiff,

   v.

OFFICE DEPOT, INC.

     Defendant.

_____/

No. C 13-04343 CW

ORDER DENYING MOTION TO
HAVE U.S. MARSHAL SERVE
DEPOSITION SUBPOENA

(Docket No. 38)

This matter comes before the Court on Plaintiff's motion to have the United States Marshal serve a deposition subpoena on Pamela Williams, a non-party witness.  (Docket No. 38).  Ms. Williams apparently resides in Patterson, California, a community in Stanislaus County and outside the Northern District of California.  In an order dated January 14, 2015, this Court instructed Plaintiff to provide legal authority for the request. Plaintiff filed a memorandum in which he cites 28 U.S.C. § 566 for the proposition that the Marshal "shall execute all lawful writs, process, and orders issued under the authority of the United States . . . ."  However, missing from Plaintiff's filing is any statute authorizing the Court to order the Marshal to serve a deposition subpoena, or, to state it differently, any statutory authority that ensures a Court order to that effect is a "lawful" order "under the authority of the United States."  This is particularly problematic in that Plaintiff wishes the Court to order service outside the Northern District of California.  It is not clear which District's Marshal, if either, could be ordered to

United States District Court
For the Northern District of California

serve it.  Plaintiff has not cited, and the Court is not aware of, any authority for the order he requests.  As such, Plaintiff's motion is DENIED.


     IT IS SO ORDERED.


Dated:  February 3, 2015

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2